[No. 32998-1-II.   Division Two.   April 25, 2006.]

L&K SMITH CONSTRUCTION, INC., *Appellant,* v. THE
DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 03-2-01412-1, David E. Foscue, J., en-
tered February 10, 2005. *Affirmed* by unpublished opinion
per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and
Armstrong, J.

[No. 33043-1-II.   Division Two.   April 25, 2006.]

MARY C. DEVANY, *Appellant,* v. FARMERS INSURANCE COMPANY
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 04-2-04832-3, Barbara D. Johnson, J., entered
March 4, 2005. *Affirmed* by unpublished opinion per Penoyar,
J., concurred in by Houghton and Armstrong, JJ. Now
published at 134 Wn. App. 204.

[No. 33105-5-II.   Division Two.   April 25, 2006.]

OREGON MUTUAL INSURANCE COMPANY, *Respondent,* v. BENJAMIN
STARKWEATHER ET AL., *Appellants,* ATLANTIC CASUALTY
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-2-12532-1, D. Gary Steiner, J., entered April
6, 2005. *Affirmed* by unpublished opinion per Quinn-Brint-
nall, C.J., concurred in by Hunt and Van Deren, JJ.

[Nos. 33157-8-II; 34107-7-II.   Division Two.   April 25, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD LEE
ALCORN, JR., *Appellant.*

*In the Matter of the Personal Restraint of* DONALD LEE
ALCORN, JR., *Petitioner.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 04-1-00435-6, Kenneth D. Williams, J.,
entered March 17, 2005, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*denied* by unpublished opinion per Hunt, J., concurred in by
Van Deren, A.C.J., and Bridgewater, J.